IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-01-11-S (01) |
| | § | |
| RICHARD L. CRAIG | § | |

## O R D E R

On April 13, 2006, the Court received a letter from Richard Craig, a federal prisoner currently serving a sentence of 96 months in the Bureau of Prisons.  In his letter, Craig asks the Court to award him sentence credits for " back time for April 2002 until Nov 2002 and Feb 2003."

The Court will not consider any request for relief except in the form of a proper motion or petition; however, Craig should realize that sentence credits must be awarded by the Attorney General through the Bureau of Prisons, not by the District Court.  See United States v. Wilson, 503 U.S. 329, 334 (1992) see also United States v. Jenkins, 38 F.3d 1143, 1144 (10th cir. 1994) Craig should pursue his claim for sentence credits through the administrative procedures afforded federal prisoners.  See 28 CFR §§ 542.10 - 542.16.

It is, therefore, **ORDERED** that Craig's letter, insofar as it appears as a pending motion on the Court's docket, is **STRICKEN**.

**DONE** at Galveston, Texas this 27th day of April, 2006.

_____

Samuel B. Kent
United States District Judge