IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS.   § | CRIMINAL NO. G-01-11-S (01) |
| § | |
| RICHARD L. CRAIG § | |

### O R D E R

On July 13, 2006, Defendant, Richard Craig, filed a motion seeking a complete copy of the Court's file and all transcripts in this case. Craig "states that he is in need of said papers in order effectively and adequately pursue his Title 28 § 2255 petition that is forthcoming." There is no Motion presently pending in this cause.

In Griffin v. Illinois, 351 U.S. 12, 19-20 (1956), the Supreme Court held that the Due Process and Equal Protection clauses of the Fourteenth Amendment require providing indigent Defendants with copies and transcripts free of charge when it is necessary for meaningful appellate review. However, the Government is not obligated to automatically supply them upon demand. See Moore v. Wainwright, 633 F.2d 406, 408 (5th Cir. 1980)

Before Craig is entitled to the copies and transcripts, he must inform the Court of whatever errors may be uncovered through their production by filing his Motion asserting his grounds for relief; the documents will not be provided at Government expense solely to permit Moore to conduct a "fishing expedition" to seek out possible errors. Kunkle v. Dretke, 352 F.3d 980, 985-86 (5th Cir. 2003)   If Craig can justify his need for the records, this Court will reconsider his Motion, however, in the meantime, his Motion (Instrument no. 307) is **DENIED**.

**DONE** at Galveston, Texas, this _____21st_____ day of July, 2004.

John R. Froeschner
United States Magistrate Judge