IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. G-01-11-S (01) |
| | § | CIVIL ACTION NO. G-06-566 |
| RICHARD L. CRAIG | § | |

**OPINION AND ORDER**

Before the Court is a Report and Recommendation from the United States Magistrate Judge which recommends that the " Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence" of Richard Craig, one of the named Defendants in the above-styled and numbered criminal action, be dismissed in its entirety. Craig has filed timely objections to the Report and Recommendation.

The Court, upon *de novo* review, pursuant to 28 U.S.C. § 636(b)(1)(C), finds that the Report and Recommendation of the Magistrate Judge is a well-reasoned and correct application of law to the facts and arguments asserted by Craig and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is the **ORDER** of this Court that the " Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence" (Instrument no. 309) of Richard L. Craig is **DISMISSED in its entirety.**

It is further **ORDERED** that Craig's " Motion for Reconsideration for Records and Transcripts" (Instrument no. 312) is **DENIED**; the documents sought by Craig would not have aided in the prosecution of any of the grounds asserted in his Motion.

**DONE** at Galveston, Texas this 10th day of January, 2007.

Samuel B. Kent
United States District Judge